THE PEOPLE OF THE STATE OF NEW YORK ex rel. M. D. G. LAND CO., INC., Respondent, *v.* JACOB A. CANTOR et al., as Commissioners of Taxes and Assessments of the City of New York, Appellants.

(Argued November 19, 1928; decided December 4, 1928.)

*George P. Nicholson, Corporation Counsel (William H. King* and *Norman E. Gatens* of counsel), for appellants.
*Alfred J. Talley* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.